**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **TRANSPORT MUTUAL INSURANCE ASSOCIATION/TT CLUB MUTUAL INSURANCE a/s/o PS HOLDCO, LLC** ) ) ) | **CASE NO.: 1:24-CV-00428** |
| Plaintiffs, ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| **NZUH TRANSPORTATION, LLC,** ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff Transport Mutual Insurance Association/TT Club Mutual Insurance a/s/o PS Holdco, LLC (hereinafter "Plaintiff PS Holdco"), by and through the undersigned counsel, and files this Complaint alleging as follows against Defendant Nzuh Transportation, LLC (hereinafter "Defendant Nzuh Transportation"):

### JURISDICTION AND VENUE

1. This cause of action arises from the Carmack Amendment to the Interstate Commerce Act of 1887 (hereinafter "Carmack Amendment"), 49 U.S.C. § 14706 *et seq.*

2. Additionally, under 28 U.S.C. § 1332, this cause of action falls within the Court's diversity jurisdiction because of the complete diversity of the parties and the amount in controversy exceeding $75,000, excluding interest and costs.

3. Under 28 U.S.C. § 1367, this Court retains supplemental jurisdiction over the common law and statutory claims.

4. Under 28 U.S.C. § 1391, venue is proper in this District.

## PARTIES

5.	Plaintiff PS Holdco was and now is a corporation or other business organization or other entity organized under and by virtue of the laws of the State of Delaware, which at all material times herein maintained its offices in Delaware.

6.	Defendant Nzuh Transportation was and now is a corporation or other business organization or other entity organized under and by virtue of the laws of the State of Texas, which at all material times herein maintained its offices in Garland, Texas.

## FACTS

7.	At all material times herein, Plaintiff PS Holdco brokered a load of 38,000 lbs. of metal stamping.

8.	Plaintiff PS Holdco brokered a deal for the metal stamping at issue to be transported from Waterbury, CT, to LaGrange, GA by Defendant Nzuh Transportation.

9.	On or about, June 10, 2022, during transit, Defendant Nzuh Transportation's truck transporting the cargo was involved in an accident while in the care, custody, and control of Defendant Nzuh Transportation.

10.	The accident, while in the care, custody, and control of Defendant Nzuh Transportation, resulted in extensive damage to the cargo.

11.	Prior to the accident, the 38,000 lbs. of metal stamping had a fair market value of $92,689.92.

12.	After the accident, the salvage value of 38,000 lbs. of metal stamping was $3,529.69.

13.	As contractually required, Plaintiff PS Holdco filed a direct claim within nine months with Defendant Nzuh Transportation to recover $89,160.23.

14. On or about January 19, 2023, Defendant Nzuh Transportation denied the claim that Plaintiff PS Holdco filed and thus contractually granted Plaintiff PS Holdco two years from the date of that denial to file suit.

## FIRST CAUSE OF ACTION - CARMACK AMENDMENT

15. Plaintiff PS Holdco repeats and realleges each allegation from paragraphs 1 through 14 as if set forth fully herein.

16. On or about June 10, 2022, Plaintiff PS Holdco, as shipper, shipped and delivered to Defendant Nzuh Transportation, as common carrier, a shipment consisting of 38,000 lbs. of metal stamping, and Defendant Nzuh Transportation accepted said shipment so shipped and delivered to it, and, in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry said shipment by truck, and to deliver the same in like good order and condition as when shipped, delivered to and received by it to LaGrange, GA, and representations entered into by all in accordance with the agreements by Defendant Nzuh Transportation on or about June 9, 2022.

17. Thereafter, on or about June 10, 2022, Defendant Nzuh Transportation was involved in an accident in Virginia, which damaged and impaired the cargo in value, all in violation of the Defendant Nzuh Transportation's obligations and duties as interstate motor common carrier of merchandise for hire and delivered not in the same good order and condition as received.

18. With respect to the interstate road carriage of the cargo, Defendant Nzuh Transportation was at all material times engaged in the business of a motor carrier and was a receiving, delivering, transporting and/or other carrier within the meaning of the Carmack Amendment.

19. The damage sustained to the shipment in suit was proximately caused in whole or in part by events during interstate road carriage as the shipment was in the actual, constructive, or contractual custody of Defendant Nzuh Transportation and/or entities acting on its behalf.

20. By reason of the foregoing premises, Defendant Nzuh Transportation is liable, without limitation of any kind, as carriers and/or forwarders under the Carmack Amendment, to Plaintiff PS Holdco and/or those on whose behalf it sues have sustained damages, for all damages, costs and/or expenses, et cetera, allowed pursuant to the Carmack Amendment, including but not limited to the difference between the fair market pre-damaged condition on June 9, 2022, and its fair market post-casualty value, no part of which has been paid although duly demanded.

WHEREFORE, Plaintiff PS Holdco respectfully requests that the Court enter judgment in its favor against the Defendant Nzuh Transportation as follows:

A. On the First Cause of Action, for its actual and all other damages allowed by law and/or equity in an amount not less than $89,160.23, plus interest, attorney's fees and costs as allowed by law;

B. Damages pursuant to the Carmack Amendment;

C. Damages, penalties, punitive damages, attorney's fees and costs;

D. Punitive damages, including attorney's fees and all other costs of litigation, to be determined by this Court; and

E. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Christopher L. George*
CHRISTOPHER L. GEORGE (GEORC0326)
Attorney for the Plaintiff

**OF COUNSEL:**
CHRISTOPHER L. GEORGE, P.C.
Post Office Box 81328
Mobile, Alabama 36689
(P) 251-333-2233
(F) 800-560-1201
(E) cgeorge@cgeorgelaw.com


**DEFENDANT TO BE SERVED VIA CERTIFIED MAIL AS FOLLOWS:**

Nzuh Transportation, LLC
c/o Mohammed Ahmed
810 Woodland Drive
Garland, Texas 75040-4950